IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| HEUBEL MATERIAL HANDLING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-00102-DGK |
| | ) | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE RAYMOND CORPORATION, and LIBERTY MUTUAL INSURANCE CO. | ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## ORDER DENYING MOTION FOR ADDITIONAL DISCOVERY

This lawsuit is a declaratory judgment action to determine which party is responsible for providing insurance coverage for a lawsuit currently pending in the District of Kansas, *Harris v. Heubel Material Handling, Inc.*, No. 6:09-CV-1136-EFM.

Now before the Court is Third-Party Defendant The Raymond Corporation's ("Raymond") Motion for Leave to Conduct Additional Discovery Pursuant to Federal Rule of Civil Procedure 56(d) (doc. 210). Raymond seeks to conduct additional discovery against Third-Party Defendant Liberty Mutual Insurance Company ("Liberty") to more fully respond to Liberty's motion for summary judgment. Because the Court has denied Liberty's motion for summary judgment in a separate order, Raymond's motion is DENIED AS MOOT.

**IT IS SO ORDERED.**

DATE: March 21, 2012        /s/ Greg Kays
                            GREG KAYS, JUDGE
                            UNITED STATES DISTRICT COURT